UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0713 (PLF) |
| | ) | |
| FRANKLIN OLAITAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SCHEDULING ORDER

At the status conference on January 26, 2023, the Court scheduled trial in this case to begin April 11, 2023.  Defendant Franklin Olaitan waived his rights under the Speedy Trial Act, and the parties jointly agreed that the ends of justice would be served by exclusion of time under the Speedy Trial Act until the date scheduled for trial.  Counsel for Mr. Olaitan also indicated that due to preexisting scheduling conflicts, the Federal Public Defender may need to obtain alternative counsel for Mr. Olaitan for pretrial proceedings and trial.  Accordingly, it is hereby

ORDERED that a jury trial in this matter will commence in Courtroom 29 of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse on April 11, 2023, beginning at 10:00 a.m., and will continue each weekday at 10:00 a.m. until concluded; it is

FURTHER ORDERED that in the interest of justice and based on the agreement of the parties, the Speedy Trial Act is tolled from the period of January 26, 2023 through April 11, 2023; and it is

FURTHER ORDERED that the pretrial motions and trial schedule will proceed pursuant to the following schedule:

| Date | Description |
|---|---|
| March 6, 2023 | The parties shall file any pretrial motions, including motions in limine and Daubert motions. |
| March 20, 2023 | The parties shall file oppositions to any pretrial motions.<br><br>Mr. Olaitan shall file a response to the government's pending Motion to Admit Evidence of Uncharged Conduct Pursuant to Federal Rules of Evidence 404(b) [Dkt. No. 17]. |
| March 27, 2023 | The parties shall file any replies in support of pretrial motions, including the government's 404(b) motion. |
| March 31, 2023 | After consultation, the parties shall file proposed voir dire questions, a statement of the case, jury instructions, and a jury verdict form.<br><br>The parties shall exchange preliminary case-in-chief exhibits and witness lists. |
| April 3, 2023 at 10:00 a.m. | The Court will hear oral argument on all pretrial motions in Courtroom 29. |
| April 6, 2023 at 10:00 a.m. | Final pretrial conference in Courtroom 29. |

| Date | Description |
|------|-------------|
| April 11, 2023 | Trial will commence in Courtroom 29 with jury selection and will continue each weekday at 10:00 a.m. until concluded, |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1/27/23